United States District Court
Southern District of Texas
**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DENESIA M. ISIAKA,** | X |
| | X |
| *Plaintiff,* | X |
| | X |
| | X |
| | X |
| | X  CIVIL ACTION NO.: 4:20-cv-02350 |
| | X |
| **ANDREW SAUL,** | X |
| **COMMISSIONER OF THE SOCIAL** | X |
| **SECURITY ADMINISTRATION,** | X |
| | X |
| *Defendant.* | X |

**ORDER**

Plaintiff's Joint Motion for Enlargement of Time to File their responses to each parties motion for summary judgment until August 27, 2021 and/or their response is granted.

It is further ordered that parties shall file their responses before August 27, 2021.

DATE: 07.29.21

_____
**UNITED STATES MAGISTRATE JUDGE**

4